# United States Court of Appeals
## For the First Circuit

No. 22-1063

UNITED STATES OF AMERICA,

Appellee,

v.

SANTO BENITO LARA, a/k/a Luis Anaya,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on December 29, 2022, is amended as follows:

On page 10, line 2, replace "overborn" with "overborne."